# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Bruce Lee Hudson, aka Bruce Lee Hudson #101021,
aka Bruce L. Hudson
_____
*Plaintiff*

v.

Palmetto Richland Hospital, Palmetto Health CEO
Charles Beaman,  Richland Hospital CEO Bruce
Reesler, Nurse Manager Beck Boude, Head Shift
James Moore, Suzanne Morris, Michael Morris,etal
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.      3:18-cv-3188-TMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.


Date:   June 10, 2019                                      *CLERK OF COURT*


                                                    s/Debbie Stokes
                                         _____
                                            *Signature of Clerk or Deputy Clerk*